# Court of Appeals
# of the State of Georgia

ATLANTA,   April 04, 2016

*The Court of Appeals hereby passes the following order:*

## A16I0171.  KENNETH F. MCPHERSON v. THE STATE.

Kenneth F. McPherson, PhD, was charged with three counts of child molestation and one count of sexual exploitation of a minor.  McPherson filed a motion to suppress all evidence obtain during the execution of two search warrants.  After a hearing, the trial court denied the motion to suppress.  However, on March 3, 2016, the trial court subsequently vacated its order and granted the motion.  On March 4, 2016, the State filed a notice of appeal, and thereafter McPherson filed a cross-appeal.[1]  Nevertheless, on March 10, 2016, the trial court entered its "Second Order Denying Motion to Suppress."  After the trial court certified its order for immediate review, McPherson filed this application for interlocutory appeal.  For the reasons that follow, we need not address this application.

After the trial court entered its order granting the motion to suppress, the State filed a timely notice of appeal.  See OCGA § 5-7-1 (a) (5).  The notice of appeal divested the trial court of jurisdiction to enter a new order on the issue of suppression.  See *Pruitt v. State,* 282 Ga. 30, 35 (5) (644 S.E.2d 837) (2007); *Peterson v. State*, 274 Ga. 165, 171 (6) (549 SE2d 387) (2001).  Therefore, the second order entered by the trial court denying the motion to suppress is a nullity. *Peterson*, supra. The State's appeal of the trial court's order granting the motion to suppress remains pending, and McPherson has already filed a notice of cross-appeal from that valid order.  Accordingly, this application is superfluous, and it is therefore

---

[1] These cases have been docketed at this time.

DISMISSED.  If the clerk of the trial court has not already done so, the clerk is hereby DIRECTED to transmit the appeal in accordance with OCGA § 5-6-43.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____04/04/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*